1545

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:24-cr-154 |
| | ) | |
| | ) | (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); |
| v. | ) | and 18 U.S.C. §§ 922(g)(1), |
| | ) | 924(c)(1)(A)(i)), and 924(e)) |
| | ) | |
| ANTHONY JEFFERSON | ) | |

**FILED**

**JUL 1 6 2024**

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about April 30, 2024, in the Western District of Pennsylvania, the defendant, ANTHONY JEFFERSON, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of a mixture and substance containing detectable amounts of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance; and a quantity of a mixture and substance containing detectable amounts of fluorofentanyl, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance; and a quantity of a mixture and substance containing a detectable amount of cocaine base, in the form commonly known as crack, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

The grand jury further charges:

On or about April 30, 2024, in the Western District of Pennsylvania, the defendant, ANTHONY JEFFERSON, knowingly did carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with the intent to distribute a controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), charged at Count One of this Indictment, and did knowingly and unlawfully possess said firearm in furtherance of said drug trafficking crime.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

The grand jury further charges:

On or about April 30, 2024, in the Western District of Pennsylvania, the defendant, ANTHONY JEFFERSON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely,

1) Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver a Controlled Substance, on or about November 20, 2002, at case number CP-02-CR-0007485-2002, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania;

2) Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver a Controlled Substance, on or about August 24, 2004, at case number CP-02-CR-0013864-2003, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania;

3) Persons Not to Possess a Firearm, on or about August 24, 2004, at case number CP-02-CR-0013864-2003, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania;

4) Firearm Not to be Carried without a License, on or about August 24, 2004, at case number CP-02-CR-0013864-2003, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania;

5) Fleeing or Attempting to Elude an Officer, on or about November 30, 2020, at case number CP-02-CR-0000955-2020, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania;

6) Driving Under the Influence of Alcohol, on or about November 30, 2020, at case number CP-02-CR-0000955-2020, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania;

       7)      Firearm Not to be Carried without a License, on or about January 9, 2024, at case number CP-02-CR-0008678-2022, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania;

       8)      Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver a Controlled Substance, on or about January 9, 2024, at case number CP-02-CR-0003069-2023, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania;

knowingly possessed, in and affecting interstate commerce, a firearm, to wit, a 9mm Taurus G2C pistol, bearing serial number AEE424769.

      In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## **NOTICE OF SPECIAL FINDINGS**

1. As to Count Three of this Indictment, defendant ANTHONY JEFFERSON was convicted of the following serious drug offenses (as defined in 18 U.S.C. § 924(e)(2)(A)), that were committed on occasions different from one another:

    a) Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver a Controlled Substance, on or about November 20, 2002, at case number CP-02-CR-0007485-2002, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania (offense committed on February 14, 2002);

    b) Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver a Controlled Substance, on or about August 24, 2004, at case number CP-02-CR-0013864-2003, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania (offense committed on August 23, 2003); and

    c) Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver a Controlled Substance, on or about January 9, 2024, at case number CP-02-CR-0003069-2023, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania (offense committed on March 3, 2023).

## FORFEITURE ALLEGATIONS

1. The United States hereby gives notice to the defendant charged in Count One that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), which requires any person convicted of such offense to forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, from the commission of such offense, and any property used, or intended to be used, in any manner and part, to commit, and to facilitate the commission of, such offense, including, but not limited to, the following, a 9mm Taurus G2C pistol, bearing serial number AEE424769; ammunition; and approximately $849 in United States currency.

2. The United States hereby gives notice to the defendant charged in Counts Two and Three that, upon his conviction of any such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of these offenses to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offenses, including, but not limited to, a 9mm Taurus G2C pistol, bearing serial

number AEE424769; and ammunition.

A True Bill,

_____
FOREPERSON

_____
ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

_____
JONATHAN D. LUSTY
Assistant United States Attorney
PA ID No. 311180